## M'COY vs. HIS CREDITORS.

APPEAL from the court of the first district.

PORTER, J. delivered the opinion of the court. The attorney appointed to represent the absent creditors took a rule to show cause why a certain sum due him for professional services to the absent creditors, should not be paid by the estate. The court after hearing the parties discharged the rule, and the attorney appealed.

The fees of the counsel appointed to represent absent creditors, are in no case to be paid by the mass.

The following facts have been agreed on:

1. It is admitted the failure was under the Spanish law, and not under the act of 1817, relative to voluntary surrenders.

2. The value of the services is admitted, and that L. Pierce was, from the commencement, the attorney for the absent creditors, and appointed by the court.

3. It is admitted no dividend will be coming to the absent creditors.

The act of 1817, section 38, expressly provides, " *that in no case* shall the fees of counsellors, appointed in behalf of absent creditors, be paid by the mass, but shall be levied on the amount of the sum, which shall be recovered for the creditors so absent.

East'n. District.
*July* 1825.

M‘Coy
*vs.*
His creditors

We are of opinion, that this act, by the negative expressions used in it, in relation to the particular subject under consideration, takes away all discretion from the courts, and forbids a recurrence to the Spanish law, or practice, to ascertain how the representatives of absent creditors shall be paid. And even if it did not, we have been unable to find any thing in either, which sanctions the present demand.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Pierce* for the plaintiff, *Maybin* for the defendants.